# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-583
Lower Tribunal No. 19-CF-000491

_____

WAYNE MAYNARD TAYLOR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Maria E. Gonzalez, Judge.

March 19, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK, and SMITH, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Lee Adam Cohen, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Wendy Buffington, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED